**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HIGHSTREET, WILLIAM C. | ) | |
| | ) | CASE NO. 07-14225 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

 At: U.S. BANKRUPTCY COURT
 Kane County Courthouse
 100 S. 3rd Street, Room 140
 Geneva, IL  60134

 on: **April 2, 2009**
 at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

 a. Receipts $      20,007.71

 b. Disbursements $        4,000.00

 c. Net Cash Available for Distribution $      16,007.71

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $          0.00 | $     2,750.77 | $ |

| | | | |
|---|---|---|---|
| JOSEPH R. VOILAND<br>Trustee | $ 0.00 | $ | $ 956.46 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>19,998.63</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be <u>61.51</u>%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3P | Illinois Department of Revenue | $ 2,792.00 | $ 1,717.26 |
| 8 | Internal Revenue Service | $ 17,206.63 | $ 10,583.22 |

6. Claims of general unsecured creditors totaling $<u>202,194.33</u>, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $<u>0.00</u>%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

   Real Estate (406 Prairie View Dr., Geneva, IL) - $500,000.00; Cash - $20.00; Checking Account (Chase Bank) - $100.00; Household Goods - $2,000.00; Wearing Apparel - $100.00; Shotgun – $100.00; Life Insurance (Equitable Life) - $1,000.00; Stock (Sunset Siding, Inc.) - $0.00; Stock (Sunset Siding, Windows and Roofing, Inc.) -$0.00; 2005 Lincoln Aviator - $16,205.00

   The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim Of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **March 4, 2009**                    For the Court,


                                           By:   **KENNETH S. GARDNER**

Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Mar 04, 2009
Case: 07-14225                 Form ID: pdf002              Total Served: 44

The following entities were served by first class mail on Mar 06, 2009.
db           +William C. Highstreet,   8 N 136 Citation Court,   Saint Charles, IL 60175-6879
12372627     +AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.,   c/O Michael Weis,   PO Box 1166,
               Northbrook, IL 60065-1166
11531582     +AMS,   % Cox target Media,   190 Sylvan Ave.,   Englewood Cliffs, NJ 07632-2546
11615924      AT&T,   Billing Dept,   18425 Centre Point Dr #1106,   Naperville, IL 60563
11531577     +Absolute Windows,   9630 S. 76th Ave.,   Hickory Hills, IL 60457-6625
11531578     +Advantage Advertising,   420 Lake Cook Road,   Deerfield, IL 60015-5646
12517016     +Aetna Insurance Co,   c/o RMS,   77 Hartland St Ste 401,   East Hartford Ct 06108-3253
11531579     +All Comfort Insulation, Inc.,   c/o Edgerton & Edgerton,   Atty For Creditors,
               125 Wood St P O Box 218,   West Chicago IL 60186-0218
11531580      American Express,   PO Box 2878,   Ohmaha, NE 68103-2878
12502283      American Express Travel Related Svcs Co,   Inc Corp Card,   c o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
12520098     +American Home Mortgage Servicing, Inc.,   c/o Pierce and Associates, P.C.,
               1 North Dearborn Street,   13th Floor,   Chicago, Illinois 60602-4321
11531581     +American Home Mtg.,   POB 631730,   Irving, TX 75063-0002
11531583      Beneficial,   POB 8873,   Virginia Beach, VA 23450-8873
11531584      Capital One,   POB 60067,   City Of Industry, CA 91716-0067
11531585      Cardmember Service,   POB 15153,   Wilmington, DE 19886-5153
11531586     +Charles R. Showalter, DDS,   300 South West Street,   Wheaton, IL 60187-5021
11531587      Chase,   POB 260161,   Baton Rouge, LA 70826-0161
12593628      Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11531588      Chase Bank, CCS,   Payment Processing Center-27,   Boston, MA 02205-5126
11615925     +Cornerstone Partners,   PMB #3000,   2560 Foxfield Rd Ste 150,   St Charles IL 60174-1488
11531589     +Credit Management Services-3814,   % Niels Hauling,   25 Northwest Point Blvd. # 750,
               Elk Grove Village, IL 60007-1058
11531590      Dennis A. Brebner & Associates,   % Valley Emergency Care,   860 Northpoint Blvd,
               Waukegan, IL 60085-8211
11531591     +Division of Associated Materials,   1470 Mark St.,   Elk Grove Village, IL 60007-6714
11531592      FIA Card Services,   POB 15726,   Wilmington, DE 19886-5726
11531593     +First Hudson Leasing,   12600 Rockside Rd., PMB # 197,   Cleveland, OH 44125-4525
11531595    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section, Level 7-425,
               100 W. Randolph St.,   Chicago, IL 60106)
11531596    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   P O Box 21126,   Philadelphia PA 19114)
11531597     +Litton Loan Servicing,   POB 4387,   Houston, TX 77210-4387
11531598     +Michael D. Weis,   % American Builders & Contractors,   POB 1166,   Northbrook, IL 60065-1166
11531599     +Midwest Credit & Collection, Inc.,   % Panoramic Landscapes,   POB 445,   Decatur, IL 62525-0445
11531600     +NCO Financial Systems, Inc.,   % AT&T,   POB 15630, Dept. 99,   Wilmington, DE 19850-5630
11531601      NES,   % Chase Bank,   29125 Solon Rd.,   Solon, OH 44139-3442
11615926     +Nancy Highstreet,   3027 Langeston Cir,   Saint Charles, IL 60175-6563
11531603      RH Donnelley Publishing & Adv.,   8519 Innovation Way,   Chicago, IL 60682-0085
11531602      Rauch-Milliken International, Inc.,   % Yellow Book USA (Midwest/BD),   POB 8390,
               Metairie, LA 70011-8390
11615927     +Robert A Chapski Ltd,   1815 Grandstand Place,   Elgin, IL 60123-4916
12517017     +Steven D Gertler & Assoc Ltd,   c/o State Farm Fire & Casualty Co,   415 N LaSalle st,
               Chicago IL 60654-2740
11531604     +Thomas D. Chase,   % Richards Building Supply,   574 N. McLean Blvd., 2B,   Elgin, IL 60123-3259
11531605     +Tri-State Northwest, Inc.,   9630 s. 76th Ave.,   Hickory Hills, IL 60457-6625
11531606      Valley Emergency Care,   POB 4008,   Schaumburg, IL 60168-4008
12632043     +Valley Emergency Care Inc,   c/o Dennis A. Brebner & Associates,   860 Northpoint Blvd.,
               Waukegan, IL 60085-8211
12558553      eCAST Settlement Corporation assignee of,   Household Finance Corporation Beneficial,   POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Mar 05, 2009.
12618649     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11531594     +Fax: 866-543-0087 Mar 05 2009 07:38:31     Hinsdale Bank & Trust Co.,   25 E. First St.,
               Hinsdale, IL 60521-4119
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11610047*    +Hinsdale Bank & Trust Co.,   25 E. First St.,   Hinsdale, IL 60521-4119
11610051*    +Hinsdale Bank & Trust Company,   25 E. First St.,   Hinsdale, IL 60521-4119
                                                                                   TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Mar 04, 2009
Case: 07-14225                Form ID: pdf002          Total Served: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2009**              **Signature:** *Joseph Speetjens*