# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: HIGHSTREET, WILLIAM C.                         §     Case No. 07-14225
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $519,525.00                Assets Exempt:  $18,320.00

Total Distribution to Claimants: $12,303.57   Claims Discharged
                                              Without Payment: $202,194.33

Total Expenses of Administration: $7,707.23

3) Total gross receipts of $   20,010.80  (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $20,010.80
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $394,486.37 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,707.23 | 7,707.23 | 7,707.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 19,998.63 | 19,998.63 | 12,303.57 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 202,194.33 | 202,194.33 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $624,386.56 | $229,900.19 | $20,010.80 |

4) This case was originally filed under Chapter 7 on August 08, 2007.
. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2009                By: /s/JOSEPH R. VOILAND
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| real estate -  8 N 136 Citation Ct., St. Charles | 1110-000 | 20,000.00 |
| Interest Income | 1270-000 | 10.80 |
| **TOTAL GROSS RECEIPTS** | | $20,010.80 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hinsdale Bank & Trust Company | 4110-000 | N/A | 33,393.96 | 0.00 | 0.00 |
| American Home Mortgage Servicing, Inc. | 4110-000 | N/A | 361,092.41 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $394,486.37 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 2,750.77 | 2,750.77 | 2,750.77 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 956.46 | 956.46 | 956.46 |
| Remax Great American | 3510-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,707.23 | $7,707.23 | $7,707.23 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 5800-000 | N/A | 2,792.00 | 2,792.00 | 1,717.70 |
| Internal Revenue Service | 5800-000 | N/A | 17,206.63 | 17,206.63 | 10,585.87 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $19,998.63 | $19,998.63 | $12,303.57 |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. | 7100-000 | N/A | 11,504.12 | 11,504.12 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 450.00 | 450.00 | 0.00 |
| Cornerstone Partners | 7100-000 | N/A | 652.00 | 652.00 | 0.00 |
| Tri-State Northwest, Inc. | 7100-000 | N/A | 20,043.68 | 20,043.68 | 0.00 |
| Absolute Windows | 7100-000 | N/A | 27,041.05 | 27,041.05 | 0.00 |
| Division of Associated Materials | 7100-000 | N/A | 89,823.74 | 89,823.74 | 0.00 |
| American Express Travel Related Svcs Co | 7100-000 | N/A | 4,149.32 | 4,149.32 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 9,516.49 | 9,516.49 | 0.00 |
| All Comfort Insulation, Inc. | 7100-000 | N/A | 1,358.20 | 1,358.20 | 0.00 |
| Chase Bank USA, NA | 7100-000 | N/A | 24,225.53 | 24,225.53 | 0.00 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 12,740.20 | 12,740.20 | 0.00 |
| Valley Emergency Care Inc | 7100-000 | N/A | 690.00 | 690.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $202,194.33 | $202,194.33 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-14225

**Case Name:** HIGHSTREET, WILLIAM C.

**Period Ending:** 08/04/09

**Trustee:**     (330380)    JOSEPH R. VOILAND

**Filed (f) or Converted (c):** 08/08/07 (f)

**§341(a) Meeting Date:** 09/17/07

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate -  8 N 136 Citation Ct., St. Charles | 383,000.00 | 8,000.00 | | 20,000.00 | FA |
| 2 | real estate - 406 Prairie View Dr., Geneva, IL | 500,000.00 | 20,000.00 | DA | 0.00 | FA |
| 3 | cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking account - Chase Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | shotgun | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | life insurance - Equitable Life | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | stock - Sunset Siding, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | stock - Sunset Siding, Windows and Roofing, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Lincoln Aviator | 16,205.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 10.80 | Unknown |
| **12** | **Assets**     **Totals** (Excluding unknown values) | **$902,525.00** | **$28,000.00** | | **$20,010.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     October 15, 2008

**Current Projected Date Of Final Report (TFR):**     February 1, 2009

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-14225
**Case Name:** HIGHSTREET, WILLIAM C.

**Taxpayer ID #:** 13-7607000
**Period Ending:** 08/04/09

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****46-65 - Money Market Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/08 | {1} | Fifth Third Bank | partial proceeds from debtor's purchase of real estate | 1110-000 | 7,000.00 | | 7,000.00 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.63 | | 7,000.63 |
| 08/05/08 | {1} | William C. Highstreet | balance of proceeds re purchase of real estate | 1110-000 | 13,000.00 | | 20,000.63 |
| 08/08/08 | 1001 | Remax Great American | payment for broker fees per court order of 6/19/2008 | 3510-000 | | 4,000.00 | 16,000.63 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.00 | | 16,002.63 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.09 | | 16,004.72 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.74 | | 16,006.46 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.25 | | 16,007.71 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 16,008.84 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,009.49 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 16,010.09 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,010.78 |
| 04/02/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.02 | | 16,010.80 |
| 04/02/09 | | To Account #********4666 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 16,010.80 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 20,010.80 | 20,010.80 | $0.00 |
| Less: Bank Transfers | 0.00 | 16,010.80 | |
| **Subtotal** | 20,010.80 | 4,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,010.80** | **$4,000.00** | |

{} Asset reference(s)

Printed: 08/04/2009 04:56 PM    V.11.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-14225
**Case Name:** HIGHSTREET, WILLIAM C.

**Taxpayer ID #:** 13-7607000
**Period Ending:** 08/04/09

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****46-66 - Checking Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/09 | | From Account #********4665 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 16,010.80 | | 16,010.80 |
| 04/06/09 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $956.46, Trustee Expenses;  Reference: | 2200-000 | | 956.46 | 15,054.34 |
| 04/06/09 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $2,750.77, Trustee Compensation;  Reference: | 2100-000 | | 2,750.77 | 12,303.57 |
| 04/06/09 | 103 | Illinois Department of Revenue | Dividend paid  61.52% on $2,792.00; Claim# 3P; Final distribution | 5800-000 | | 1,717.70 | 10,585.87 |
| 04/06/09 | 104 | Internal Revenue Service | Dividend paid  61.52% on $17,206.63; Claim# 8; Final distribution | 5800-000 | | 10,585.87 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **16,010.80** | **16,010.80** | **$0.00** |
| Less: Bank Transfers | 16,010.80 | 0.00 | |
| **Subtotal** | **0.00** | **16,010.80** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$16,010.80** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****46-65** | **20,010.80** | **4,000.00** | **0.00** |
| **Checking # ***-*****46-66** | **0.00** | **16,010.80** | **0.00** |
| | **$20,010.80** | **$20,010.80** | **$0.00** |

{} Asset reference(s)

Printed: 08/04/2009 04:56 PM    V.11.21